## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> *v.* <br><br> **LEROY BUHL,** <br><br> Defendant. | **CRIMINAL ACTION** <br><br> **NO. 88-490-KSM-1** |

### ORDER

**AND NOW**, this 22nd day of December, 2022, upon consideration of Defendant Leroy Buhl's "Motion for Compassionate Release" (Doc. No. 127), and the Government's opposition (Doc. No. 129), all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that Buhl's Motion is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.